UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No.: 8:06-cr-375-T-30MAP
Case No.: 8:06-cr-376-T-30MAP
Case No.: 8:06-cr-377-T-30MAP

**WAYNE SHAPIRO**

_____

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On January 12, 2007, came the United States Attorney and the Defendant WAYNE SHAPIRO, who appeared in person and with counsel.

It appearing to the Court that the above named Defendant having heretofore been sentenced on March 7, 2004, before Honorable Ursula Ungaro-Benages, United States District Judge, Southern District of Florida, for the offenses of Unauthorized Use of Access Devices, Docket Number 02-20579-CR-UUB; Use of a False Passport, Docket Number 02-20580-CR-UUB; and Mail Fraud, Docket Number 02-20935-CR-UUB, was placed on supervised release. It further appearing to the Court that the above named Defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the Orders of Probation/Supervised Release previously entered herein.

The Court has considered the factors set forth in 18 U.S.C. §3553(a), including considering the guidelines as advisory, and has also considered recommendations from the Probation Office.

It is further **ORDERED** and **ADJUDGED** that the Court revokes the defendant's term of supervised release in each of Case Nos. : 8:06-cr-375-T-30MAP, 8:06-cr-376-T-30MAP and 8:06-cr-377-T-30MAP and sentences the defendant to fourteen (14) months imprisonment. This term of imprisonment is imposed in each of the above listed case numbers and shall run concurrently each other. No term of supervised release will follow. The defendant will be allowed to self report. The Court recommends placement at FDC Miami.

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the Defendant.

**DONE** and **ORDERED** at Tampa, Florida, this _12_ day of January , 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office